In the Matter of the Accounting of SIMON DANZIG, as Assignee, etc.

(Submitted October 16, 1888; decided October 26, 1888.)

APPEAL from order of the General Term of the Court of Common Pleas in and for the city and county of New York, made May 10, 1888, which affirmed an order of Special Term on the accounting of an assignee for the benefit of creditors.

*Leopold Wallach* for appellant.

*Simpson & Werner* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.